**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
donnanewmanlaw@aol.com
MEMBER: N.Y. & N.J. BAR

January 2, 2020

**Via ECF & Email**

Hon. Gregory H. Woods, United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re: USA v. Sinkfield, et. al. (Nader Fana)
Docket No. 19-cr-11 (GHW))

Dear Judge Woods:

     I represent Nader Fana in the above referenced matter. Mr. Fana is scheduled to appear for sentencing on January 8th. I write seeking an adjournment of Mr. Fana's sentencing hearing until January 29th or January 30th or a date and time thereafter, convenient for the Court. Please note, however, I am not available on January 31st. This is Mr. Fana's first request for an adjournment of his sentencing. Assistant United States Attorney Tara LaMorte consents to this adjournment and has confirmed she also is available to appear on the above proposed dates for the sentencing hearing. The requested adjournment is to permit defense counsel to timely submit a sentencing memorandum on behalf of Mr. Fana.

Very truly yours,
/s/
Donna R. Newman
cc: Pretrial Officer Joshua Rothman via email
    AUSA Tara LaMorte via email & ECF
    Nader Fana via email

Application granted. The sentencing hearing currently scheduled for January 8, 2020 is adjourned to January 29, 2020 at 10:00 a.m.

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge