USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/20

**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

January 17, 2020
Via ECF and Email
Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: *United States v. Nader Fana*, **19-CR-011 (GHW)**

Dear Judge Woods:

On behalf of Nader Fana, whose sentencing is scheduled for January 29, 2020, I respectfully ask the Court to accept the sentencing memorandum filed today (January 17, 2020) *nunc pro tunc* to January 15, 2020, with the Government's consent. Last week and until yesterday, I was preoccupied with a death in my family and thus, the due date for Mr. Fana's memo slipped my mind. I ask the Court not to hold my error against Mr. Fana, but to accept this memorandum on his behalf.

Respectfully,
___/s/___
Donna R. Newman
Cc: AUSA Tara Marie La Morte (by ECF & email)

Application granted. The Court accepts the sentencing memorandum and will not hold the timing of its submission against Mr. Fana in any way.

SO ORDERED.

Dated: January 19, 2020
New York, New York

GREGORY H. WOODS
United States District Judge