USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

NADER FANA,                            1:19-cr-00011-GHW-3

                Defendant.         ORDER
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the sentencing hearing held on January 29, 2020, Defendant Nader Fana's pretrial release is revoked and Mr. Fana is remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated: January 29, 2020
       New York, New York

                                                    GREGORY H. WOODS
                                               United States District Judge