USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2020

# MEMORANDUM ENDORSED

**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 21, 2020

The Honorable Gregory H. Woods
United States Judge
Southern District of New York
500 Pearl Street
New York, New York

**Re:** *United States v Nader Fana*
19 cr 11 (GHW)

Dear Judge Woods:

As your Honor may recall, I represented Mr. Fana pursuant to the Criminal Justice Act 18 U.S.C. §3006A, before your Honor from the inception of his case through sentencing. I recently filed a post-sentencing motion for *inter alia* Compassionate Relief, see Dkt. #'s 80, 86, 88. I respectfully request the Court reappoint me, *nunc pro tunc* from March 26, 2020, the date I began working on the motion I filed on Mr. Fana's behalf. I thank you for your consideration of this request.

Respectfully,
/s/
Donna R. Newman

Application granted. Ms. Newman is reappointed as counsel for Mr. Fana in connection with his post-sentencing application for compassionate release in connection with the COVID-19 pandemic, *nunc pro tunc* to March 26, 2020. The Clerk of Court is directed to terminate the motion pending at Dkt. Nos. 94 and 95, which are duplicate entries of this application.
SO ORDERED
April 22, 2020                    _____
                                   GREGORY H. WOODS
                                   United States District Judge